Howard Greeley Hopkirk, PA Office of Attorney General, Harrisburg, for Commonwealth of Pennsylvania.

## ORDER

PER CURIAM.

AND NOW, this 21st day of July, 2014, the order of the Commonwealth Court is AFFIRMED.

Mwangi SEKOU, Appellant

v.

Sheila WOODS–SKIPPER, Appellee.

Supreme Court of Pennsylvania.

July 21, 2014.

Mwangi Sekou, pro se.

A. Taylor Williams, Administrative Office of Pennsylvania Courts, Philadelphia, for Sheila Woods–Skipper.

## ORDER

PER CURIAM.

AND NOW, this 21st day of July 2014, the Order of the Commonwealth Court is AFFIRMED.